IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00079-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS HERNANDEZ-GANOS,
a/k/a Carlos Reyes-Hernandez,

    Defendant.

---

## ORDER TO RESET CHANGE OF PLEA HEARING

This matter is before the Court *sua sponte*. It is ORDERED that the change of plea hearing currently set for June 19, 2006 is hereby RESET to **Friday, June 23, 2006 at 1:00 p.m.**

    DATED: May 24, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge